**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| REX S. GUNTHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25-CV-01378 SPM |
| | ) |
| T. J. CULLENS, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of self-represented plaintiff Rex Gunther's correspondence received by this Court on September 12, 2025 (*see* ECF No. 1), which the Court construes as a civil rights complaint under 42 U.S.C. § 1983. The complaint is defective because it has not been drafted on a Court-provided form. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). As such, plaintiff will be required to amend his pleading on a Court-form within twenty-one days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the Court's prisoner civil rights complaint form.

**T IS FURTHER ORDERED** that plaintiff must file and amended complaint on the Court-provided form within twenty-one (21) days of the date of this Order.

-2-

**IT IS FURTHER ORDERED** if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to plaintiff.

Dated this 15th day of September, 2025.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE